HONORABLE LAUREN J. KING

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| GWENDOLYN ELLEN KRUGLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC.; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03231<br><br>**~~[PROPOSED]~~ ORDER] GRANTING JOINT STIPULATION TO (1) DISMISS PLAINTIFF GWENDOLYN ELLEN KRUGLE WITHOUT PREJUDICE AND (2) GRANT LEAVE TO FILE FIRST AMENDED COMPLAINT** |



**CROSNER LEGAL, P.C.**
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fax. (310) 510-6429

# ~~[PROPOSED]~~ ORDER

The Court, having considered the parties' Joint Stipulation, and good cause appearing, HEREBY ORDERS as follows:

1. The Parties' Joint Stipulation is APPROVED.
2. The claims of Plaintiff Gwendolyn Ellen Krugle are DISMISSED WITHOUT PREJUDICE, and Krugle is dropped as a party to this action.
3. Plaintiff is GRANTED LEAVE to file the First Amended Complaint attached to the Stipulation as **Exhibit A** and must do so within three days of the Court entering this Order.
4. Defendant SkyWest Airlines, Inc. shall answer or otherwise respond to the First Amended Complaint within twenty-one (21) days after it is filed.

IT IS SO ORDERED.

Dated: November 17, 2026

HONORABLE LAUREN J. KING

**Presented By:**

Dated: November 16, 2026

**CROSNER LEGAL, P.C.**

*/s/ Nikki Trenner*
Nikki Trenner (WSBA No. 63409)
nikki@crosnerlegal.com
Jamie K. Serb (WSBA No. 62065)
jamie@crosnerlegal.com
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429

Attorneys for Plaintiff GWENDOLYN ELLEN KRUGLE

Dated: November 16, 2026

**SEYFARTH SHAW LLP**
**JONES DAY**
**LAW OFFICE OF PATRICIA STAMBELOS**

*<u>/s/ Koree Wooley</u>*

Molly Gabel (WSBA No. 47023)
mgabel@seyfarth.com
Michael Tracy (WSBA No. 51226)
mtracy@seyfarth.com
999 Third Avenue, Suite 4700
Seattle, Washington 98104
Telephone: (206) 946-4910

Koree Wooley, Pro Hac Vice
kbwooley@jonesday
4655 Executive Dr., Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1200

Paige Goedderz, *Pro Hac Vice*
pgoedderz@jonesday.com
Amanda Sommerfeld, *Pro Hac Vice*
asommerfeld@jonesday.com
555 South Flower Street, Fifteenth Floor
Los Angeles, CA 90071
Telephone: (213) 489–3939

Patricia Stambelos, *Pro Hac Vice*
patricia@patriciastambelos.com
543 Country Club Dr., Ste. B209
Semi Valley, CA 93065
Telephone: (805) 578–3474